■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONNIE WILLIAMS, Appellant. [832 NYS2d 440]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Gazzillo, J.), rendered March 25, 2003, convicting him of criminal possession of a controlled substance in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. The codefendant's testimony was sufficiently corroborated by independent evidence connecting the defendant to the crime (*see* CPL 60.22 [1]; *People v Caban,* 5 NY3d 143 [2005]; *People v Breland,* 83 NY2d 286 [1994]; *People v Goodson,* 35 AD3d 760 [2006]).

Moreover, resolution of issues of credibility is primarily a matter to be determined by the factfinder, which saw and heard the witnesses, and its determination should be accorded great deference on appeal (*see People v Romero,* 7 NY3d 633, 644-645 [2006]; *People v Mateo,* 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]). Upon the exercise of our factual review power

(*see* CPL 470.15 [5]), we are satisfied that the verdict of guilt is not against the weight of the evidence (*see People v Romero, supra*).

The defendant's remaining contentions are without merit. Spolzino, J.P., Goldstein, Fisher and McCarthy, JJ., concur.